**2 4 C V 2 1 2 6 3 6**

**United States District Court**

**Northern District of Ohio**

FILED
LORAIN COUNTY

2024 JUN 10 P 2: 28

COURT OF COMMON PLEAS
TOM ORLANDO

**Case No.:** _____

**Plaintiff:** Cyril H. Person
**Address:** 12335 Robson Rd, Grafton, OH, 44044
**Phone Number:** 216-978-2725
**Email:** cyril_person@yahoo.com

**JUDGE D. CHRIS COOK**

**Defendant:** Anthony Camera
**Title:** Officer, Elyria Police Department
**Address:** 18 West Ave, Elyria, OH, 44035
**Phone Number:** 440-323-3302

**Complaint**

**I. Introduction**

1. This is a civil action for damages and injunctive relief against Defendant Anthony Camera for violating Plaintiff's rights to privacy under the Fourth Amendment to the United States Constitution, as well as under Ohio Revised Code (ORC) Section 2913.04, Ohio Revised Code (ORC) Section 2921.45, Ohio Administrative Code (OAC) Chapter 4501:2-10, and the Computer Fraud and Abuse Act (CFAA), by accessing Plaintiff's Law Enforcement Automated Data System (LEADS) report without cause on June 12, 2023, at approximately 10:30 am.

**II. Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as this action arises under the Constitution and laws of the United States, including the Computer Fraud and Abuse Act (CFAA), 18 U.S.C. § 1030. The Court also has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.
2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), as the events giving rise to this claim occurred in Elyria, Ohio, within the Northern District of Ohio.

**III. Parties**

1. Plaintiff, Cyril H Person, is a resident of Grafton, Ohio, and at all times relevant to this complaint, was a private citizen.
2. Defendant, Anthony Camera, is, and at all times relevant to this complaint, was an officer with the Elyria Police Department. Defendant is sued in his individual capacity.

## IV. Facts

1. On June 12, 2023, at approximately 10:30 am, Defendant Anthony Camera accessed Plaintiff's LEADS report.
2. Plaintiff had no interaction with Defendant or the Elyria Police Department on that date or in the time leading up to the incident that would justify such an action.
3. LEADS reports contain sensitive and private information, and accessing them without cause constitutes an invasion of privacy and a violation of Plaintiff's constitutional and statutory rights.
4. Defendant's action was done without any legitimate law enforcement purpose and without Plaintiff's consent.
5. As a result of Defendant's unauthorized access to Plaintiff's LEADS report, Plaintiff has suffered damages, including but not limited to, emotional distress, anxiety, and a sense of violation of privacy.

## V. Claims for Relief

### Count 1: Violation of the Fourth Amendment to the United States Constitution

1. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.
2. Defendant's unauthorized access to Plaintiff's LEADS report constitutes an unreasonable search of Plaintiff's personal information, in violation of the Fourth Amendment to the United States Constitution.

### Count 2: Violation of Ohio Revised Code Section 2913.04

1. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.
2. Under ORC Section 2913.04, it is unlawful to knowingly gain access to any computer, computer system, or network without authorization. Defendant's access to Plaintiff's LEADS report was unauthorized and in violation of this statute.

### Count 3: Violation of Ohio Revised Code Section 2921.45

1. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.
2. ORC Section 2921.45 makes it unlawful for a public servant to knowingly deprive, or conspire to deprive, any person of a constitutional or statutory right. Defendant, as a public servant, violated this provision by accessing Plaintiff's LEADS report without cause.

### Count 4: Violation of Ohio Administrative Code Chapter 4501:2-10

1. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.
2. OAC Chapter 4501:2-10 governs the use of the LEADS system and restricts access to authorized personnel for legitimate law enforcement purposes only. Defendant's access to Plaintiff's LEADS report was not for a legitimate law enforcement purpose and therefore violated these administrative regulations.

### Count 5: Violation of the Computer Fraud and Abuse Act (CFAA), 18 U.S.C. § 1030

1. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.
2. The CFAA prohibits accessing a computer without authorization or exceeding authorized access and obtaining information from any protected computer. Defendant's actions in accessing Plaintiff's LEADS report without authorization constitute a violation of the CFAA.

## VI. Prayer for Relief

Wherefore, Plaintiff respectfully requests that this Court grant the following relief:

1. Compensatory damages in an amount to be determined at trial;
2. Punitive damages in an amount to be determined at trial;
3. Injunctive relief prohibiting Defendant from accessing Plaintiff's LEADS report or any other private information without proper cause;
4. Attorney's fees and costs incurred in this action as applicable;
5. Any other relief that the Court deems just and proper.

## VII. Demand for Jury Trial

Plaintiff hereby demands a trial by jury on all issues so triable.

**Dated:** June 10, 2024

Respectfully submitted,

---

Cyril H. Person
12335 Robson Rd, Grafton, OH, 44044
216-978-2725
cyril_person@yahoo.com

---

Cyril H Person