UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CYRIL H. PERSON, | ) CASE NO.: 1:24-CV-01195 |
| Plaintiff, | ) JUDGE: DAN AARON POLSTER |
| vs. | ) **DEFENDANT'S INITIAL DISCLOSURES** |
| ANTHONY CAMERA, | ) |
| Defendant. | ) |

Now comes Defendant, Anthony Camera, by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and hereby submits his Initial Disclosures pursuant to Civil Rule 26 and the Court's Orders.

**DISCLOSURES**

**I. INDIVIDUALS – Rule 26(a)(1)(A)(i)**

Defendant Anthony Camera identifies the following individuals as likely to have discoverable information that he may use to support his claims and defenses:

1. Defendant Anthony Camera- may be contacted through counsel. It is anticipated that Defendant will testify regarding the events in the complaint and answer.

2. Plaintiff Cyril Person- It is anticipated that Plaintiff has information regarding the events in the complaint and his damages.

3. Captain James Welsh, Chief William Pelko, and Sergeant Aaron Varga- these non-party officers of the Elyria Police Department can be contacted through counsel. It is anticipated these Officers have information regarding the events in the complaint and the internal investigation.

4. Any and all individuals identified by Plaintiff.

5. This Defendant reserves the right to supplement these disclosures.

## II. DOCUMENTS AND THINGS – Rule 26(a)(1)(A)(ii)

Defendant Anthony Camera may use the following categories of documents to support his claims or defenses:

1. The investigation documents;

2. The final investigation summary report;

3. Any and all items identified by any party to this action in their Initial Disclosures.

4. Defendant reserves the right to utilize other documents as discovery proceeds and for rebuttal or impeachment purposes. Defendant further reserves the right to supplement, amend, or otherwise change these Initial Disclosures based on information available to him or learned in discovery.

## III. DAMAGES – Rule 26(a)(1)(A)(iii)

Defendant does not claim damages at this time.

## IV. INSURANCE – Rule 26(a)(1)(A)(iv)

Defendant will make available for inspection and copying, pursuant to rule, its insurance agreement between Traveler's insurance company and the City of Elyria that may provide coverage in this matter.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*/s/ Sarah S. Chiappone*
JOHN T. MCLANDRICH (0021494)
SARAH S. CHIAPPONE (0101179)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax

Email: jmclandrich@mrrlaw.com
schiappone@mrrlaw.com

*Counsel for Defendant Anthony Camera*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2024, a copy of the foregoing Defendant's Initial Disclosures were served by email only to:

Cyril H. Person
cyril_person@yahoo.com
12335 Robson Rd
Grafton, OH  44044
*Pro Se Plaintiff*

>　　　　　　　　　　　　　　　*/s/ Sarah S. Chiappone*
>　　　　　　　　　　　　　　　JOHN T. MCLANDRICH  (0021494)
>　　　　　　　　　　　　　　　SARAH S. CHIAPPONE (0101179)
>
>　　　　　　　　　　　　　　　*Counsel for Defendant Anthony Camera*