UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
AUG 13 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

CYRIL H. PERSON,
*Plaintiff,*
-vs-
ANTHONY CAMERA,
*Defendant.*

CASE NO.: 1:24-CV-01195

JUDGE: DAN AARON POLSTER

PLAINTIFF'S INITIAL DISCLOSURES

Now comes Plaintiff, Cyril H. Person, Pro Se and hereby submits his Initial Disclosures pursuant to Civil Rule 26 and the Court's Orders.

DISCLOSURES

I. INDIVIDUALS – Rule 26(a)(1)(A)(i)

Plaintiff Cyril H. Person identifies the following individuals as likely to have discoverable information that he may use to support his claims:

1. Plaintiff Cyril Person- may be contacted via email or phone. It is anticipated that Plaintiff will testify regarding the events in the complaint and answer.

2. Defendant Anthony Camera- It is anticipated that Defendant has information regarding the events in the complaint.

II. DOCUMENTS AND THINGS – Rule 26(a)(1)(A)(ii)

Plaintiff Cyril H. Person may use the following categories of documents to support his claims

1. **Elyria Police Department Investigation:**
   - Internal investigation report concerning Anthony Camera's access to Cyril Person's LEADS (Law Enforcement Automated Data System) records.
   - All associated documentation, including:
     - Interview videos
     - Any related materials gathered during the investigation

2. **Defendant Anthony Camera's Records:**
   - Employment record
   - Psychological evaluations
   - Performance reviews

1

3. **Additional LEADS Reports Audit**
   - Audit records of LEADS reports pertaining to two additional individuals who dated Mrs. Person following the dissolution of her marriage to Anthony Camera

4. **North Olmsted Police Department Audio/Video Footage:**
   - Camera footage from the North Olmsted Police Department parking lot dated July 8, 2024 from 5:50 PM to 6:30PM

5. **ExactCare Pharmacy Logs:**
   - Login records and Teams meeting logs for Cyril Person from June 12, 2023

6. **Text Messages**
   - Text messages exchanged between Cyril Person and Gillian Person on June 12, 2023, between 9 AM and 11 AM

7. **Communications Between Anthony Camera and Gillian Person (FKA Camera)**
   - All text messages exchanged between Anthony Camera and Gillian Person (formerly Camera) referencing Cyril Person
   - Communications through Our Family Wizard application referencing Cyril Person

8. **Court Records**
   - Lorain County Court of Common Pleas deposition of Anthony Camera conducted by Attorney Jessica Camargo, specifically regarding questions and answers related to the use of LEADS
   - Records of contempt of court filings related to text messages sent to SLC, including those where Anthony Camera allegedly defamed Gillian and Cyril Person and threatened to call the police on his daughter's mother

9. **Lorain County Sheriff's Office Records:**
   - All records pertaining to visits by Lorain County Sheriff's Office deputies to the Person household involving Anthony Camera

10. **Domestic Relations Division Records:**
    - Records from the Domestic Relations Division of the Lorain County Court of Common Pleas regarding any requests for Cyril Person's information

11. This Plaintiff reserves the right to supplement these disclosures.

Plaintiff reserves the right to utilize other documents as discovery proceeds and for rebuttal or impeachment purposes. Plaintiff further reserves the right to supplement, amend, or otherwise change these Initial Disclosures based on information available to him or learned in discovery.

    III.      DAMAGES – Rule 26(a)(1)(A)(iii)

        1. Plaintiff Cyril H. Person is seeking the sum of $100,000

    IV.      INSURANCE – Rule 26(a)(1)(A)(iv)

        1. Not applicable to the Plaintiff at this time.

Respectfully submitted,

*s/ Cyril H. Person*
Cyril H. Person
Pro Se
12335 Robson Rd
Grafton, OH, 44044
216-978-2725
cyril_person@yahoo.com

Dated: August 9, 2024

CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, a copy of the foregoing Plaintiff's Initial Disclosures were served by email to:

JOHN T. MCLANDRICH (0021494)
SARAH S. CHIAPPONE (0101179)
100 Franklin's Row 34305
Solon Road Cleveland,
OH 44139
(440) 248-7906
(440) 248-8861
Email:
jmclandrich@mrrlaw.com
schiappone@mrrlaw.com

*Counsel for Defendant Anthony Camera*