IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CYRIL H. PERSON, | Case No. 5:24-CV-1195 |
| Plaintiff, | |
| v. | JUDGE DAN AARON POLSTER |
| ANTHONY CAMERA, | **DISMISSAL ORDER** |
| Defendant. | |

The Court assisted the parties in resolving their claims during a mediation conference in the captioned case on August 14, 2024. The case is dismissed with prejudice, with all parties to bear their own costs. The Court retains jurisdiction to ensure that the settlement agreement is executed. Notice by the Clerk of Courts is hereby waived.

**IT IS SO ORDERED.**

Dated: August 14, 2024

_____
United States District Judge

_____
Plaintiff

_____
Defendant

_____
Counsel for Defendant